IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EUGENE HORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL NO. 02-214-PMF |
| | ) |
| MARVIN POWERS; TERRIE CALIPER, | ) |
| DELIGHT GRISWALD; KELLIE RHOADES, | ) |
| GEORGE WELBORN; DONALD SNYDER; | ) |
| CHARLES ROPER; C/O ASHWORTH; | ) |
| C/O MASSEY, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision rendered.

**IT IS HEREBY ORDERED** that judgment of voluntary dismissal without prejudice is entered in favor of defendant Kellie Rhoades and against plaintiff on plaintiff's Eighth Amendment claims based on denial of medical and psychological treatment, Fourteenth Amendment race discrimination, and First Amendment retaliation claims pursuant to the Court's Order at Doc. No. 115.

**IT IS FURTHER ORDERED** that judgment of dismissal without prejudice is entered in favor of defendant C/O Ashworth and against plaintiff on plaintiff's Fourth/Eighth Amendment strip search, Fourteenth Amendment race discrimination and First Amendment retaliation claims pursuant to the Court's Order at Doc. No. 118.

**IT IS FURTHER ORDERED** that judgment of dismissal with prejudice in favor of defendants Marvin Powers, Terrie Caliper, Delight Griswald, Kellie Rhoades, George Welborn, Donald Snyder, Charles Roper, C/O Ashworth, and C/O Massey and against plaintiff on plaintiff's Eighth

Amendment medical care claim based on missed medication during transport pursuant to the Court's Order at Doc. No. 15.

**IT IS FURTHER ORDERED** that judgment of dismissal with prejudice is entered in favor of defendants Marvin Powers, Terrie Caliper, Delight Griswald, Kellie Rhoades, George Welborn, Donald Snyder, Charles Roper, C/O Ashworth, and C/O Massey and against plaintiff on plaintiff's Fourteenth Amendment due process claim based on a denial of access to the grievance procedure pursuant to the Court's Order at Doc. No. 15.

**IT IS FURTHER ORDERED** that judgment of dismissal with prejudice is entered in favor of defendants Marvin Powers and Delight Griswald and against plaintiff on plaintiff's First Amendment retaliation claim pursuant to the Court's Order at Doc. No. 156.

**IT IS FURTHER ORDERED** that judgment of dismissal with prejudice is entered in favor of defendant Donald Snyder and against plaintiff on plaintiff's Eighth Amendment medical care claim based on denial of medical and psychological treatment pursuant to the Court's Order at Doc. No. 156.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendants Marvin Powers and Delight Griswald and against plaintiff on plaintiff's Eighth Amendment claim based on denial of medical and psychological treatment pursuant to the Court's Order at Doc. No. 140.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendants Marvin Powers, Delight Griswald, George Welborn, and Donald Snyder and against plaintiff on plaintiff's Fourteenth Amendment race discrimination claim pursuant to the Court's Order at Doc. No. 140.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendants George Welborn and Donald Snyder and against plaintiff on plaintiff's First Amendment retaliation claim pursuant to the Court's Order at Doc. No. 140.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendants Terrie Caliper and George Welborn and against plaintiff on plaintiff's Eighth Amendment claim based on denial of

medical and psychological treatment pursuant to Federal Rule of Civil Procedure 50.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendant Charles Roper and against plaintiff on plaintiff's Eighth Amendment strip search claim pursuant to Federal Rule of Civil Procedure 50.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendants Terrie Caliper, Charles Roper and C/O Massey and against plaintiff on plaintiff's Fourteenth Amendment race discrimination claim pursuant to Federal Rule of Civil Procedure 50.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendant C/O Massey and against plaintiff on plaintiff's Eighth Amendment strip search claim pursuant to jury verdict.

**IT IS FURTHER ORDERED** that judgment is entered in favor of defendants Terrie Caliper, Charles Roper, and C/O Massey and against plaintiff on plaintiff's First Amendment retaliation claim pursuant to jury verdict.

**DATED:**   November 8, 2007.                **NORBERT G. JAWORSKI, CLERK**

                                                              By: s/Karen R. Metheney
                                                                    Deputy Clerk

**APPROVED:**

*s/Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**